924 F.2d 1051
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Quintis DYE, Jr., Petitioner-Appellant,
v.
Randy LEE, Attorney General of North Carolina, Respondents-Appellees.
 No. 90-7379.
 United States Court of Appeals, Fourth Circuit.
 Submitted Dec. 27, 1990.
Decided Jan. 31, 1991.
Rehearing Denied Feb. 19, 1991.
 
 Appeal from the United States District Court for the Middle District of North Carolina, at Rockingham. Frank W. Bullock, Jr., District Judge. (CA-90-160)
 Quintis Dye, Jr., appellant pro se.
 M.D.N.C.
 DISMISSED.
 Before CHAPMAN and WILKINS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Quintis Dye, Jr., appeals from the district court's order refusing habeas corpus relief pursuant to 28 U.S.C. Sec. 2254. Our review of the record and the district court's opinion accepting the recommendation of the magistrate judge discloses that this appeal is without merit. Accordingly, we deny a certificate of probable cause and dismiss the appeal on the reasoning of the district court. Dye v. Lee, CA-90-160 (M.D.N.C. Aug. 30, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 
 2
 DISMISSED.